lmv

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 0 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| KENNETH EDWARD WEBB | * | |
| VS | * | C.A. NO. B98 037 |
| UNITED STATES OF AMERICA | * | |

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This cause of action was filed on March 20, 1998. No service was executed on Defendant.

On November 9, 1998, this court issued an order directing Plaintiff to serve Defendant and file proof of that service on or before December 1, 1998. As of December 8, 1998, no pleading was filed. Accordingly, this Court recommends that the present cause of action should be dismissed for failure to prosecute.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within 10 days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the

party has been served with notice that such consequences will result from a failure to object. <u>Douglass v. United Services Automobile Association</u>, 79 F.3d 1415 (5th Cir. 1996).

DONE at Brownsville, Texas, this 9th day of December, 1998.

_____
John Wm. Black
United States Magistrate Judge