THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| KENNETH EDWARD WEBB, § | |
| Petitioner § | |
| § | Civil No. B-98-37 |
| vs. § | Crim. No. B-87-1177-M |
| § | |
| UNITED STATES OF AMERICA § | |
| Respondent § | |

ORDER

Before this Court is Petitioner's Motion for Writ of Error Coram Nobis and the Magistrate Judge's Report and Recommendation on said motion. In the Report and Recommendation issued on the 9th day of December 1999, the Magistrate Judge recommends dismissal of this action for failure to prosecute. This Court feels that Petitioner has filed a premature application for relief in that Petitioner has not stated any actual consequences from this conviction. Upon a de novo review of the entire file, this Court is of the opinion that said Report and Recommendation should be ADOPTED consistent with the aforementioned finding.

Petitioner shall not be precluded from seeking legal, injunctive or equitable relief if in fact he should suffer any consequences, particularly in view of the magnitude of the predicate offense, to wit: a misdemeanor offense.

It is therefore ORDERED, ADJUDGED and DECREED that Petitioner's Motion for Writ of Coram Nobis be DISMISSED without prejudice.

It is further ORDERED that all pending motions be DISMISSED.

DONE this 4th day of June, 1999 at Brownsville, Texas.

Filemon B. Vela
United States District Judge